FILED

OCT 21 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: 6:26-CR-113<br>JUDGES JCB-KNM |
| | § | |
| PHILLIP PATRICK WILLIAMS | § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

Violation: 18 U.S.C. § 922(j)
(Possession or Sale of Stolen Firearms)

On or about March 30, 2026, in the Eastern District of Texas, the defendant, **Phillip Patrick Williams**, knowingly possessed, received, sold, and stored stolen firearms which had been shipped and transported in interstate or foreign commerce, namely:

1. a High Standard (JC Higgins), model 200, 12-gauge shotgun;
2. a Howa, model Vanguard, 7mm caliber rifle;
3. a Remington Arms Company, Inc., model 870 Wingmaster, 12-gauge shotgun;
4. a Winchester, model 94ae XTR, 307 caliber rifle;
5. a Ruger, model New Model Super Blackhawk, .44 caliber revolver;
6. a Winchester, model 70 XTR Featherweight, 308 caliber rifle;
7. a Remington Arms Company, Inc., model 1100, 12-gauge shotgun;
8. a Remington Arms Company, Inc., model 572, .22 caliber rifle;
9. a Remington Arms Company, Inc., model Mohawk 600, .243 caliber rifle;
10. a Norinco (North China Industries), model SKS, 7.62 x 39mm caliber rifle; and
11. a Browning, model B92, .44 caliber rifle;

while knowing and having reasonable cause to believe the firearms were stolen.

In violation of 18 U.S.C. § 922(j).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**
Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

As a result of committing the offenses alleged in this indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violations; and

2. any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

If any property subject to forfeiture as a result of any act or omission by the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

NAB
GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

EMIL MELCHIOR MIKKELSEN
Assistant United States Attorney

10/21/26
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO: 6:26-CR-____ |
| v. | § | JUDGES ____________ |
| | § | |
| PHILLIP PATRICK WILLIAMS | § | |

**NOTICE OF PENALTY**

**COUNT ONE**

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(j)<br>Possession (or Sale) of Stolen Firearms or Ammunition |
| Penalty: | Imprisonment for not more than 10 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years. |
| Special Assessment: | $100.00 |